

# Fourth Court of Appeals
## San Antonio, Texas

March 13, 2019

No. 04-18-00729-CV

**STATE FARM MUTUAL AUTOMOBILE ASSOCIATION**,
Appellant

v.

Veatrice **COOK**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-21431
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

The appellant's unopposed motion for extension of time to file brief is hereby GRANTED. Time is extended to April 9, 2019.

It is so ORDERED on March 13, 2019.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court